**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MORTON & CRAIG, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057   (856)866-0100
Attorney for : ACAR Leasing LTD d/b/a GM Financial Leasing
Our File No.: 47436
JM-5630

In Re:

Vicente Estevan Salazar

**Order Filed on November 5, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No.:       18-28719 (VFP)

Hearing Date:    11-1-2018

Judge:          Vincent F. Papalia

Chapter:              13

| Recommended Local Form: | ☑ Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 5, 2018**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Upon the motion of _____ACAR Leasing LTD d/b/a GM Financial Leasing_____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

IT IS HEREBY ORDERED that the automatic stay of Bankruptcy Code section 362 (a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

❏    Real property more fully described as:



☑    Personal property more fully described as:

   2017 GMC Sierra
   Vehicle Identification Number
   1GTV2LEC5HZ295656

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Vicente Estevan Salazar  
       Debtor

Case No. 18-28719-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Nov 06, 2018  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2018.  
db          +Vicente Estevan Salazar,    552 West Front Street,    Plainfield, NJ 07060-1036

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2018            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2018 at the address(es) listed below:  
      Arlindo B. Araujo    on behalf of Debtor Vicente Estevan Salazar aaraujo@garcesgrabler.com  
      Denise E. Carlon    on behalf of Creditor    The bank of New York Mellon et all...  
      dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
      John R. Morton, Jr.    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com  
      Marie-Ann Greenberg    magecf@magtrustee.com  
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                        TOTAL: 5