Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 18−28719−VFP
          Chapter: 13
          Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Vicente Estevan Salazar
   552 West Front Street
   Plainfield, NJ 07060

Social Security No.:
   xxx−xx−2394

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/19/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 20, 2018
JAN: jf

                                                              Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-28719-VFP
Vicente Estevan Salazar                                                 Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Nov 20, 2018
                              Form ID: 148             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2018.
```
db         +Vicente Estevan Salazar,   552 West Front Street,   Plainfield, NJ 07060-1036
cr         +ACAR Leasing LTD d/b/a GM Financial Leasing,   4000 Embarcadero Dr.,   Arlington, TX 76014-4101
517765907  +Citibank/Best Buy,   Attn: Bankruptcy,   Po Box 790441,   St. Louis, MO 63179-0441
517765909  +Citibank/The Home Depot,   Attn: Recovery/Centralized Bankruptcy,   Po Box 790034,
             St Louis, MO 63179-0034
517765911  +Mayra Villegas,   301 Maple Avenue,   Plainfield, NJ 07060-6662
517765912  +Prosper Funding LLC,   221 Main Street,   Suite 300,   San Francisco, CA 94105-1909
517765914  +Specialized Loan Servicing LLC,   PO Box 60535,   City of Industry, CA 91716-0535
517797653  +The Bank of New York Mellon Trustee (See 410),   c/o Specialized Loan Servicing LLC,
             8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
517765916  +Visa Dept Store National Bank/Macy's,   Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Nov 21 2018 00:16:19     U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 21 2018 00:16:15     United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
cr         +EDI: RMSC.COM Nov 21 2018 05:04:00     Synchrony Bank c/o PRA Receivables Management, LLC,
             PO BOX 41021,   Norfolk, VA 23541-1021
517765904  +EDI: PHINAMERI.COM Nov 21 2018 05:01:00     AmeriCredit/GM Financial,   Attn: Bankruptcy,
             Po Box 183853,   Arlington, TX 76096-3853
517765905  +EDI: CAPITALONE.COM Nov 21 2018 05:04:00     Capital One,   Attn: Bankruptcy,   Po Box 30285,
             Salt Lake City, UT 84130-0285
517824263   EDI: CAPITALONE.COM Nov 21 2018 05:04:00     Capital One Bank (USA), N.A.,   PO Box 71083,
             Charlotte, NC 28272-1083
517765906  +EDI: CHASE.COM Nov 21 2018 05:03:00     Chase Card Services,   Correspondence Dept,
             Po Box 15298,   Wilmington, DE 19850-5298
517765908  +EDI: CITICORP.COM Nov 21 2018 05:03:00     Citibank/Sears,   Attn: Bankruptcy,   Po Box 6275,
             Sioux Falls, SD 57117-6275
517775629   EDI: DISCOVER.COM Nov 21 2018 05:03:00     Discover Bank,   Discover Products Inc,
             PO Box 3025,   New Albany, OH 43054-3025
517765910  +EDI: DISCOVER.COM Nov 21 2018 05:03:00     Discover Financial,   Po Box 3025,
             New Albany, OH 43054-3025
517765913  +E-mail/Text: clientservices@simonsagency.com Nov 21 2018 00:16:58     Simons Agency, Inc.,
             Attn: Bankruptcy,   4963 Wintersweet Dr.,   Liverpool, NY 13088-2176
517767077  +EDI: RMSC.COM Nov 21 2018 05:04:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
             PO Box 41021,   Norfolk, VA 23541-1021
517765915  +EDI: VERIZONCOMB.COM Nov 21 2018 04:58:00     Verizon,   Verizon Wireless Bk Admin,
             500 Technology Dr Ste 550,   Weldon Springs, MO 63304-2225
517765917   EDI: WFFC.COM Nov 21 2018 05:02:00     Wells Fargo Bank,   Attn: Bankruptcy Dept,   Po Box 6429,
             Greenville, SC 29606
517876852   EDI: WFFC.COM Nov 21 2018 05:02:00     Wells Fargo Bank, N.A.,   Wells Fargo Card Services,
             PO Box 10438, MAC F8235-02F,   Des Moines, IA 50306-0438
                                                                                               TOTAL: 15
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Nov 20, 2018
                              Form ID: 148             Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2018 at the address(es) listed below:
              Arlindo B. Araujo    on behalf of Debtor Vicente Estevan Salazar aaraujo@garcesgrabler.com
              Denise E. Carlon    on behalf of Creditor    The bank of New York Mellon et all...
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5